UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONICA LYNNE COOK,<br><br>                Plaintiff,<br><br>   v.<br><br>MT. VERNON POLICE DEPARTMENT,<br><br>                Defendant. | CASE NO. 2:24-cv-00116-RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

       Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

       The Clerk shall provide a copy of this Order to plaintiff and to the assigned District Judge.

       DATED this 29th day of January, 2024.

                                           BRIAN A. TSUCHIDA
                                           United States Magistrate Judge