UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONICA LYNNE COOK, | Case No. C24-0116-RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MOUNT VERNON POLICE DEPARTMENT, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. On January 26, 2024, *pro se* Plaintiff submitted an application to proceed *in forma pauperis*. Dkt. #1. On January 29, 2024, the Court granted Plaintiff's application and recommended the Complaint be reviewed under 28 U.S.C. § 1915(e)(2)(b). Dkt. #3. Plaintiff filed the Complaint on the same day. Dkt. #4.

On February 9, 2024, the Court issued an Order to Show Cause why this case should not be dismissed with a response deadline of no later than thirty (30) days, by March 10, 2024. Dkt. #5. To date, Plaintiff has not filed an Amended Complaint or otherwise responded to the above Order.

ORDER OF DISMISSAL - 1

Accordingly, the Court hereby ORDERS that Plaintiff's claims are DISMISSED without prejudice for failure to submit an Amended Complaint or otherwise respond to the Court's Orders. This case is CLOSED.

DATED this 13th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2